UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JACK J. THOMPSON,

                Petitioner,                Case No. 1:10cv2

v.                                            Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

                Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 4, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 4, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED and REMANDED** under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner shall re-evaluate both plaintiff's credibility with respect to eye pain and his RFC with respect to his limitations for working in a lighted environment.

                                                     /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE

DATED: February 25, 2011